Judgment in a Civil Case

United States District Court<br>WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CESAR MOISES LOPE GREGORIO | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 25-cv-1257 |
| v. | |
| FACILITY DIRECTOR JOSEPH FREDEN, et al | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED; case has been closed.

| | |
|---|---|
| Date: January 5, 2026 | MARY C. LOEWENGUTH<br>CLERK OF COURT |
| | By: s / Donna<br>    Deputy Clerk |